UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LESKIW,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GRIZZLY INDUSTRIAL, INC.,<br><br>　　　　　　Defendant. | Case No.  25-cv-06362-AGT<br><br>**ORDER ON MOTION TO MODIFY SCHEDULING ORDER**<br><br>Re: Dkt. No. 36 |

1. The Court grants Defendant's request to continue the ADR deadline by six days. A six-day extension, from July 17 to July 23, 2026, is de minims, unopposed, and won't adversely impact other case deadlines. The parties are scheduled to mediate before the Hon. Paul Herbert (Ret.) on July 23. Dkt. 36-1, Meadows Decl. ¶ 7. They may keep that date.

2. The Court grants Defendant's request to continue the rebuttal expert disclosure deadline by three weeks. Defense counsel had surgery on May 5, 2026, and his recuperation coincided with when he needed to review Plaintiff's expert opinions, consult with potential rebuttal experts, and prepare responsive expert disclosures. *See id.* ¶ 3; Dkt. 36 at 2. The rebuttal expert disclosure deadline is extended from June 19, 2026, to July 14, 2026.[1]

---

[1] If, as a result of this extension, the parties seek to conduct one or more expert depositions after the July 31, 2026, expert discovery cutoff, they will need to inform the Court of those depositions and seek Court approval before conducting them.

3. The Court denies Defendant's request to postpone the trial by two months. Defense counsel proposed the current January 11, 2027, trial date in the parties' October 2025 joint case management statement. Dkt. 23 at 4. Now, over seven months after the Court set the trial date, defense counsel has informed the Court that in November 2024, his family planned an international vacation in January 2027. Meadows Decl. ¶ 6. Defense counsel didn't proactively flag this conflict and didn't diligently seek a continuance after the Court set the case schedule. Also, even now defense counsel hasn't identified the specific dates of his vacation. Whether there is a true conflict is thus unclear. Plaintiff, meanwhile, although initially expressing some receptiveness to a short, four-week extension of the trial to accommodate defense counsel's vacation, dkt. 40-6, Wu Decl., Ex. F, didn't stipulate to the extension. On this record, the Court won't continue the January 11, 2027, trial date.

**IT IS SO ORDERED.**

Dated: July 14, 2026

Alex G. Tse
United States Magistrate Judge