UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LESKIW,<br>Plaintiff,<br>v.<br>GRIZZLY INDUSTRIAL, INC.,<br>Defendant. | Case No. 25-cv-06362-AGT<br><br>**ORDER AUTHORIZING INDEPENDENT MEDICAL EXAMINATION**<br><br>Re: Dkt. Nos. 42, 43 |

The Court grants Defendant's motion for an order compelling Plaintiff to submit to an independent medical examination (IME). *See* Dkt. 43; Fed. R. Civ. P. 35(a). Plaintiff's expert disclosures put Defendant "on notice that it would need the Rule 35 exam." *Minnard v. Rotech Healthcare Inc.*, 2008 WL 150502 at *3 (E.D. Cal. Jan. 15, 2008). To allow for the IME, the Court also grants Defendant's request to extend the fact discovery deadline for the sole purpose of conducting the IME. Dkt. 42.

Plaintiff shall submit to an IME by Defendant's retained expert Dr. Arnold Greenberg, at his office located at 2299 Post Street, Suite 206, San Francisco, California, no later than August 31, 2026, for an interview and physical examination to evaluate Plaintiff's claim

for complex regional pain syndrome (CRPS).

**IT IS SO ORDERED.**

Dated: July 20, 2026

Alex G. Tse
United States Magistrate Judge