UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON LESKIW,

Plaintiff,

v.

GRIZZLY INDUSTRIAL, INC.,

Defendant.

Case No. 25-cv-06362-AGT

**ORDER ON MOTIONS TO SEAL**

Re: Dkt. Nos. 81, 87

The Court denies without prejudice Jason Leskiw's motions to consider whether another party's material should be sealed. Dkts. 81, 87. Leskiw didn't provide the Court with unredacted versions of the exhibits at issue. By October 13, 2026, he must file the unredacted versions provisionally under seal, and, as attachments to a motion to seal, he must publicly file the redacted versions or blank pages reading "Exhibit Filed Under Seal" if Grizzly Industrial, Inc., designated the exhibits confidential in their entirety. *See* Civil L.R. 79-5(d)–(f). If Grizzly seeks to keep the exhibits at issue under seal, or portions thereof, Grizzly shall file a statement, declaration, or both in support of sealing by October 20, 2026.

**IT IS SO ORDERED.**

Dated: October 8, 2026

Alex G. Tse
United States Magistrate Judge