UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON LESKIW,

Plaintiffs,

v.

GRIZZLY INDUSTRIAL, INC.,

Defendants.

Case No. 25-cv-06362-AGT

**CONDITIONAL DISMISSAL ORDER**

The parties notified the Court today that they have settled. Dkt. 102. Given that notice, the Court conditionally dismisses the case without prejudice.

If the parties notify the Court by December 11, 2026, that their settlement is delayed or won't be finalized as soon as planned, the Court will amend this order or vacate this order and schedule a case management conference. If the parties don't file such a notice by December 11, the action will be dismissed with prejudice by virtue of this order, without any further order of the Court. All currently set dates in the case are vacated.

**IT IS SO ORDERED.**

Dated: October 13, 2026

Alex G. Tse
United States Magistrate Judge